## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**IN RE:**

CHARLES M MACDONALD

**UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND**

Debtor(s)    **CASE NO. BKY 08-36328 GFK**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Charles M. MacDonald in the amount of $206.00, were unclaimed.

CREDITOR:
Charles M. MacDonald
1382 Balsam Street East
Eagan MN 55123

ACCOUNT NUMBER:
REFUND

CLAIM NUMBER:

AMOUNT:
$206.00

**Jasmine Z. Keller, Trustee**

Dated: September 30, 2010

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED
10 OCT -1 PM 12: 17
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Rec # 2804